**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YEN HWA HUANG,

                Plaintiff,

  -against-                                20 **CIVIL** 3548 (LTS)(SN)

                                                    **JUDGMENT**

HONG KONG AND SHANGHAI BANKING
CORP., LTD, A FOREIGN COMPANY; HSBC
BANK USA, N.A., A NATIONAL BANKING
ASSOCIATION; AND DOES 1 THROUGH
100, INCLUSIVE,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated December 9, 2022, and the Court's Memorandum Order dated November 3, 2022, Plaintiff's claims against Defendants HSBC Hong Kong and Does 1 through 100 are dismissed without prejudice. Plaintiff's Motion is denied. All claims against Defendant HSBC USA are dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      December 12, 2022

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                        **Clerk of Court**

                                   **BY:**    *K. Mango*

                                                        _____
                                                        **Deputy Clerk**